Debra L. Conklin
Attorney for Debtor
1607 East 9th Ave
Spokane WA 99202
509-251-4332
E-mail: GraceWithJustice@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO 23-01445 |
| | ) | CHAPTER 11 |
| | ) | |
| LFR31 VENTURES, LLC | ) | SUBCHAPTER V |
| | ) | |
| | ) | DEBTOR'S MOTION TO |
| Debtor | ) | DISMISS |

___

Debtor, LFR3i VENTURES, LLC hereby moves the court for a voluntary dismissal of this case under 11 USC § 349 and 11 USC § 1112, based on the agreement of all non-government secured creditors.

Dismissing the case is in the best interest of the creditors and the estate.

DEBTOR'S MOTION TO DISMISS --- p 1     Debra L Conklin
                                              1607 East 9th Ave
                                              Spokane WA 99202
                                              509-251-54332

DATED this 17 th day of June, 2024.

_____
Debra L. Conklin, WSBA #13099
Attorney for Debtor,
LFR31 VENTURES, LLC
1607 East 9th Ave
Spokane WA 99202
509-251-4332
Email: GraceWithJustice@yahoo.com
       Moreconklin@gmail.com

DEBTOR'S MOTION TO DISMISS --- p 2    Debra L Conklin
    1607 East 9th Ave
    Spokane WA 99202
    509-251-54332

23-01445-FPC11    Doc 82    Filed 06/17/24    Entered 06/17/24 13:14:41    Pg 2 of 2