**So Ordered.**

**Dated: July 24th, 2024**


**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | ) CASE NO 23-01445 |
| | )     CHAPTER 11 |
| | ) |
| LFR31 VENTURES, LLC | )   SUBCHAPTER V |
| | ) |
| | ) ORDER OF DISMISSAL |
| Debtor | ) |

_____

THIS MATTER has come before the court upon the Debtor's Motion to Dismiss filed on June 17, 2024 [ECF 82] (the "Motion"), under 11 USC § 349 and 11 USC § 1112. It appears that proper notice of the Motion has been given, and no objections thereto have been filed, and good cause otherwise appearing for the order requested;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion [ECF 82] is granted.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that this Chapter 11, Subchapter V case is dismissed.

ORDER OF DISMISSAL --- p 1

Debra L Conklin
1607 East 9th Ave
Spokane WA 99202
509-251-54332

///END OF ORDER///

PRESENTED BY:


 */s/ Debra L. Conklin*

Debra L. Conklin, WSBA #13099
Attorney for Debtor

ORDER OF DISMISSAL --- p 2

Debra L Conklin
1607 East 9th Ave
Spokane WA 99202
509-251-54332